IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 10-po-02-slc ) ) |
| NICOLE A. DAVIS, | ) ) |
| Defendant. | ) ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, violation number A2199840 (operating after revocation) against defendant Nicole A. Davis.

Dated this 9th day of April 2010.

Respectfully submitted,

STEPHEN P. SINNOTT
United States Attorney

By:
/s/
MEREDITH P. DUCHEMIN
Assistant U. S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

STEPHEN L. CROCKER
United States Magistrate Judge

Dated: 4-26-10